**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: August 12, 2025
Docket #: 24-384
Short Title: Variscite NY Four, LLC v. New York State Cannabis Control Board

DC Docket #: 1:23-cv-1599
DC Court: NDNY (SYRACUSE)
DC Judge: Trial Judge - Anne M. Nardacci

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.