# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-five.

Variscite NY Four, LLC, Variscite NY Five, LLC,

        Plaintiffs - Appellants,

v.

New York State Cannabis Control Board, New York State Office of Cannabis Management, Tremaine Wright, Felicia Reid, FKA Christopher Alexander,

        Defendants - Appellees.

**ORDER**

Docket No. 24-384

IT IS HEREBY ORDERED that Appellants' motion for judicial notice is DENIED as moot in light of the Court's opinion filed today, August 12, 2025.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court