# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand twenty-six,

Before:     Debra Ann Livingston,
                 *Chief Judge,*
             Dennis Jacobs,
             Guido Calabresi,
                 *Circuit Judges.*

---

Variscite NY Four, LLC, Variscite NY Five, LLC,

          Plaintiffs - Appellants,

    v.

New York State Cannabis Control Board, New York State Office of Cannabis Management, Tremaine Wright, Felicia Reid, FKA Christopher Alexander,

          Defendants - Appellees.

**STATEMENT OF COSTS**

Docket No. 24-384

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,176.00 in favor of Appellants Variscite NY Four, LLC and Variscite NY Five, LLC.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/15/2026